IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:12-CV-576 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **AUDIBLE MAGIC CORPORATION,** *et al.*, | § § § | |
| *Defendants*. | § | |

## PLAINTIFF BLUE SPIKE, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Blue Spike, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com

>Christopher A. Honea
>Texas Bar No. 24059967
>chris.honea@sftrialattorneys.com
>Christopher S. Johns
>Texas Bar No. 24044849
>chris.johns@sftrialattorneys.com
>**GARTEISER HONEA, P.C.**
>44 North San Pedro Road
>San Rafael, California 94903
>Telephone:  (415) 785-3762
>Facsimile:  (415) 785-3805
>
>*Counsel for Blue Spike, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 27th day of August 2012.

_____
Eric M. Albritton