IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § § § § § § § § § § | |
| *Plaintiff*, | | Civil Action No. 6:12-CV-576 |
| v. | | |
| | | JURY TRIAL DEMANDED |
| AUDIBLE MAGIC CORPORATION, *et al.*, | | |
| *Defendants*. | | |

### PLAINTIFFS' NOTICE OF ATTORNEY APPEARANCE OF MICHAEL A. BENEFIELD

Blue Spike, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

    Michael A. Benefield
    Texas State Bar No. 24073408
    mab@emafirm.com
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75606
    Telephone: (903) 757-8449
    Facsimile: (903) 758-7397

    Respectfully submitted,

    _/s/ Michael A. Benefield_
    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    Stephen E. Edwards
    Texas State Bar No. 00784008
    see@emafirm.com

Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Randall T. Garteiser
Texas Bar No. 24038912
randall.garteiser@sftrialattorneys.com
Christopher A. Honea
Texas Bar No. 24059967
chris.honea@sftrialattorneys.com
Christopher S. Johns
Texas Bar No. 24044849
chris.johns@sftrialattorneys.com
**GARTEISER HONEA, P.C.**
44 North San Pedro Road
San Rafael, California 94903
Telephone:  (415) 785-3762
Facsimile:  (415) 785-3805

*Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 27th day of August 2012.

*/s/ Michael A. Benefield*
Michael A. Benefield