# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>        Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br>v.<br><br>ZEITERA, LLC, *et al.*,<br><br>        Defendants. | Case No. 6:12-cv-00568-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br>v.<br><br>WiOffer, LLC,<br><br>        Defendant. | Case No. 6:12-cv-00570-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |
| BLUE SPIKE, LLC,<br><br>        Plaintiff,<br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Related Content Database, Inc. *doing business as* Watchwith, Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., WiOffer, LLC, Soundcloud, Inc., Soundcloud Ltd. (collectively "Defendants"), file this Notice of Appearance, and hereby notify the Court that Christopher J. Higgins, of the law firm Orrick, Herrington & Sutcliffe LLP, 1152 1152 15th Street, NW, Washington, DC 20005-1706, Telephone (202) 339-8400, Fax (202) 339-8500, E-mail: chiggins@orrick.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Higgins requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: December 7, 2012                                     Respectfully submitted,

                                                                                     By: /s/ *Christopher J. Higgins*
                                                                                     Christopher J. Higgins
                                                                                     1152 15th Street, NW
                                                                                     Washington, DC 20005-1706
                                                                                     202/339-8400
                                                                                     Fax: 202/339-8500
                                                                                     Email: chiggins@orrick.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                            */s/ Christopher J. Higgins*
                                            Christopher J. Higgins