# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>     Defendant. | Case No. 6:12-cv-00499-LED<br><br>**LEAD CASE** |
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>AUDIBLE MAGIC CORPORATION, *et al*.,<br><br>     Defendants. | Case No. 6:12-cv-00576-LED<br>(*Consolidated with* 6:12-cv-00499-LED) |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Defendants Photobucket.com, Inc., Qlipso, Inc., Qlipso Media Networks Ltd., Zedge Holdings, Inc., Mediafire, LLC., Dailymotion, Inc., Dailymotion S.A., GoMiso, Inc, iMesh, Inc., Coincident.TV, Inc., Audible Magic Corporation, Facebook, Inc., MySpace, LLC, Specific Media, LLC, Yap.tv, Inc., Metacafe, Inc., Boodabee Technologies Inc., Harmonix Music Systems, Inc., Brightcove, Inc., Accedo Broadband AB, Accedo Broadband NA, Inc., Soundcloud, Inc., and Soundcloud Ltd. (collectively "Defendants"), file this Notice of Appearance, and hereby notify the Court that Eric H. Findlay, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Findlay requests that all future pleadings and

other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: December 27, 2012                          Respectfully submitted,

                                                  By: /s/ *Eric H. Findlay*
                                                  Eric H. Findlay
                                                  State Bar No. 00789886
                                                  Findlay Craft, LLP
                                                  6760 Old Jacksonville Hwy
                                                  Suite 101
                                                  Tyler, TX  75703
                                                  (903) 534-1100
                                                  (903) 534-1137 FAX
                                                  efindlay@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                  /s/ *Eric H. Findlay*
                                                  Eric H. Findlay